# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| **RAMON WILLIAMS,** | ) |
| **Plaintiff,** | ) |
| vs. | ) CIVIL ACTION NO. |
| | ) 1:16-cv-525-TWT |
| **PACESETTER DELIVERY, INC.** | ) |
| **Defendant.** | ) |

## ORDER

Pending before the Court is a Joint Motion to Approve a Fair Labor Standards Act Settlement [Doc. No. 20]. The Court has carefully reviewed the Parties' Settlement Agreement and finds that it is fair and reasonable in light of the claims and defenses asserted. Therefore, the Court **GRANTS** the Parties' Joint Motion to Approve a Fair Labor Standards Act Settlement. The Court DISMISSES the above-styled case with prejudice and DIRECTS the Clerk to close this case. Pursuant to the Parties' Settlement Agreement, the Court shall retain jurisdiction to enforce the terms of this Settlement Agreement.

So ordered, this 22nd day of November, 2016.

/s/Thomas W. Thrash
United States District Court Judge